*Albert Ottinger, Attorney-General (Wendell P. Brown and C. T. Dawes* of counsel), for appellants.

*Herbert Noble* and *Howard Seay* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Claim of FRED SCHEUNEMANN, Respondent, against NATIONAL ANILINE AND CHEMICAL COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — failure to file claim within year — running of statute suspended by advance payments.*

*Scheunemann* v. *Nat. Aniline & Chem. Co.,* 214 App. Div. 832, affirmed.

(Argued November 25, 1925; decided December 15, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 27, 1925, affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Objections were raised that the findings and conclusions of the State. Industrial Board were contrary to the evidence, and that under section 28 of the statute the award was improper because claimant failed to file a claim within one year after the accident. Claimant contended that advance payments on account of compensation suspended the running of the statute.

*Clarence B. Tippett* for appellants.

*Albert Ottinger, Attorney-General (Oliver B. James* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.